**Tammy L. EIGENHEER, Appellant,**

v.

**ESTATE OF Bessie M. WEDDLE, Deceased, Edith Miller and Wanda Jean Hanks, Respondents.**

**No. WD 62748.**

Missouri Court of Appeals, Western District.

March 23, 2004.

Tammy L. Eigenheer, Springfield, pro se.

Jerold L. Drake, Grant City, MO, for Respondents.

Before LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Ms. Tammy L. Eigenheer appeals from the judgment of the circuit court of Worth County, probate division, which approved the first amended final settlement of her grandmother's estate. We affirm.

A memorandum setting forth the rationale for our decision has been furnished to the parties. Rule 84.16(b).